11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bob Ladd,                                      * From the 266th District
                                                 Court of Erath County,
                                                 Trial Court No. CV-30351.

Vs. No. 11-11-00188-CV                         * May 16, 2013

Silver Star I Power Partners, LLC,             * Memorandum Opinion by Wright, C.J.
                                                 (Panel consists of: Wright, C.J.,
                                                 McCall, J., and Willson, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.   The costs incurred by reason of this appeal are taxed against Bob Ladd.